JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DALLELA CHAP, an individual; DAVID RODRIGUEZ, an individual; MARTIN RODRIGUEZ an individual,

Plaintiffs,

v.

HUDSON FLOORING, a California corporation, BUDDY'S FLOORING, a California corporation, MATTHEW HUDSON; an Individual, DENNIS HUDSON, an Individual, and DOES 1through 10, Inclusive,

Defendants.

**CASE NO. LACV11-05834 RGK (CW)**

**ORDER OF DISMISSAL OF WITH PREJUDICE OF ALL PARTIES AND THEIR RESPECTIVE CLAIMS AND COUNTER CLAIMS**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Notice of Settlement and Joint Stipulation and Request for Dismissal with Prejudice having been received in the above-captioned matter,

**IT IS HEREBY ORDERED** that the entire above-captioned case, including all parties, their respective claims and counter claims, is dismissed with prejudice.

Dated: September 7, 2012

Hon R. Gary Klausner

2

CHAP, ET AL., V. HUDSON FLOORING, ET AL.,
ORDER OF DISMISSAL OF ALL PARTIES, CLAIMS AND COUNTER CLAIMS, WITH PREJUDICE